M. P. No. 74-26.   TOWN OF LINCOLN *v.* ARTHUR COURNOYER. Motion of respondent for stay of order entered in Superior Court on December 21, 1973 is granted pending final decision on the motion in Supreme Court. *Louis E. Azar,* Town Solicitor, *Harry W. Asquith,* Special Master, for petitioner. *Walter R. Stone,* for respondent.

M. P. No. 73-300.   ANTHONY J. BOTTIGLIO *v.* STATE. Petition for writ of mandamus is denied as moot. *Anthony J. Bottiglio,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *John D. Archetto,* Asst. Attorney General, for respondent.

C. A. No. 73-252.   STATE *v.* JOSEPH A. AMORUSO *et al.* Motion of defendant Nicholas Bakios to dismiss State's appeal and his motion for an award of an attorney's fee and costs pursuant to G. L. 1956 (1969 Reenactment) §9-24-32 are denied. Motion of defendant Thomas Hopkins to dismiss State's appeal and his motion for an award of an attorney's fee and costs pursuant to G. L. 1956 (1969 Reenactment) §9-24-32 are denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Matthew J. Faerber,* for defendants Nicholas Bakios and Thomas Hopkins.

C. A. No. 1884.   STATE *v.* DAVID FRANCIS KING, JR. Motion for an award of an attorney's fee and costs pursuant to G. L. 1956 (1969 Reenactment) §9-24-32 is granted, and petitioner awarded sum of $1,040. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony E. Grilli,* for defendant-petitioner.